

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00100-CR

John Elvis **CARPENTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CR-7313
Honorable Melisa Skinner, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, we strike the $2,000 fine from the trial court's judgment. We AFFIRM the trial court's judgment AS MODIFIED.

SIGNED September 21, 2016.

Luz Elena D. Chapa, Justice